IN THE CIRCUIT COURT OF THE
4TH JUDICIAL CIRCUIT IN AND
FOR DUVAL COUNTY, FLORIDA

CASE NO.:

**CLIFFORD PIERCE,**

    Plaintiff,

v.

**CLEAR BLUE INSURANCE COMPANY.,**

    Defendant.

_____/

## COMPLAINT

Plaintiff, **CLIFFORD PIERCE,** ("Plaintiffs"), sue the Defendant, **CLEAR BLUE INSURANCE COMPANY.** (Defendant"), and alleges as follows:

1. This is an action for breach of contract with damages exceeding Fifty Thousand Dollars ($50,000.00), exclusive of prejudgment interest, attorneys' fees, and costs.

2. At all material times, Defendant was a corporation, duly authorized and licensed to transact insurance business in the State of Florida. Defendant regularly conducted business, had offices, and/or maintained agents for the transaction of its customary business in Duval County, Florida.

3. Plaintiff resides in Duval County, Florida, and is otherwise *sui juris*.

4. Jurisdiction and venue are proper in Duval County, Florida.

5. At all material, Defendant insured Plaintiff's dwelling, pursuant to policy number AL01- 156271-01 (hereafter "the Policy'). A copy of the Insurance Policy is attached hereto as Exhibit "A".

6. During an active policy period from April 1st, 2021, to April 1st, 2022, Plaintiff's dwelling, located at 6552 Solandra Dr. Jacksonville, FL 32210 (hereinafter referred to as the "property"), sustained extensive damages to the interior and exterior of the home.

7. Plaintiff timely notified Defendant of the damages.

8. Defendant assigned claim number SWYCBH024571 to the loss.

9. Defendant has assigned a date of loss of July 19, 2021.

10. Plaintiff complied with all conditions precedent to entitle Plaintiff to recover under the Policy, or Defendant waived compliance with such conditions.

11. Defendant has failed to provide coverage for certain of Plaintiff's losses.

12. As a result, Defendant has failed to pay for all of Plaintiff's losses.

13. Defendant's failure to pay for all of Plaintiffs' losses is a material breach of contract.

14. As a result of Defendant's material breach of contract, it has become necessary for Plaintiffs to retain the services of the undersigned attorney.

**WHEREFORE**, Plaintiffs, **CLIFFORD PIERCE** demands judgment against Defendant, **CLEAR BLUE INSURANCE COMPANY** for all losses with interest on any overdue payments, any incidental and foreseeable consequential damages caused by Defendant's breach of contract, plus attorney's fees and costs, pursuant to sections 627.428, 57.041, and 92.231, Florida Statutes (2018), and demands a trial by jury.

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing has been electronically filed with the Florida Courts E-Filing Portal System this 28th day of April 2023 and copies furnished by initial Service of Process.

    Cordova Law Firm, PLLC

    /s/ *Aruna D. Nankissore*
    Aruna D. Nankissore, Esq.
    Florida Bar No.: 1001614
    Cordova Law Firm, PLLC
    496 Delaney Ave., Ste 508
    Orlando, FL 32801
    Phone: (321) 267-3682
    Fax: (407) 442-0654
    Primary Email:
    Aruna@justcallmyattorney.com
    Secondary Email:
    Mariana@justcallmyattorney.com
    Attorney for Plaintiff