**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

CLIFFORD PIERCE,

    Plaintiff,

v.                                         Case No. 3:23-cv-699-TJC-MCR

CLEAR BLUE INSURANCE
COMPANY,

    Defendant.

_____

**O R D E R**

Upon review of the Stipulation For Dismissal With Prejudice (Doc. 16), filed on September 25, 2023, this case is dismissed with prejudice. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 6th day of October, 2023.



TIMOTHY J. CORRIGAN
United States District Judge

ksm
Copies:

Counsel of Record